UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: SHASTA STEWART WINN.<br><br>———————————————<br><br>SHASTA STEWART WINN,<br><br>       Petitioner,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF OREGON,<br>EUGENE,<br><br>       Respondent,<br><br>OREGON DEPARTMENT OF JUSTICE;<br>et al.,<br><br>       Real Parties in Interest. | No. 26-745<br><br>D.C. No.<br>6:25-cv-01098-MC<br>District of Oregon,<br>Eugene<br><br>ORDER |

Before: OWENS, MILLER, and BUMATAY, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**

26-745