UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHASTA STEWART WINN,

Plaintiff - Appellant,

v.

OREGON DEPARTMENT OF JUSTICE, (DOJ) and HIGHER EDUCATION COORDINATING COMMISSION, (HECC),

Defendants - Appellees.

No. 25-4884

D.C. No. 6:25-cv-01098-MC
District of Oregon,
Eugene

ORDER

Before: SILVERMAN, N.R. SMITH, and DE ALBA, Circuit Judges.

After considering the responses to the court's August 5, 2025 order, we deny the motion to proceed in forma pauperis (Docket Entry No. 7) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

All other pending motions are denied as moot.

This court will not entertain further filings in this closed case.

**DISMISSED.**